# EXHIBIT A

Menu

Translate This Page

sanitation

Search

CleaningCollectionSnow ResponseOther Programs

Select

- Animal Waste
- Derelict Vehicles & Abandoned Bikes
- Graffiti Removal
- Highways
- Illegal Dumping
- Litter & Litter Baskets
- Sidewalks & Gutters
- Street Cleaning & ASP
- Street Vending Enforcement
- Sidewalk Slobs

# Derelict Vehicles and Abandoned Bikes

We remove significantly damaged vehicles that have been abandoned on public property and unusable bikes chained to public property.

## Vehicle Disposal

It is illegal to abandon any vehicle – including a car, truck, trailer, motorcycle, or boat – on public property. You are responsible for properly disposing of your unwanted vehicle.

- If you abandon a vehicle on public property, **your vehicle may be towed and you may be fined up to $1,000**.

### Abandoned Vehicle Removal

Abandoned vehicles must meet the following requirements to be considered derelict and removed and disposed of by DSNY:

1. There is no license plate on the vehicle.
2. The vehicle is damaged and estimated to be worth less than $1,250.

If the vehicle has license plates and/or does not meet the damage/estimated worth requirement, but remains unclaimed, it will be taken to an NYPD tow pound.

Report an abandoned vehicle.

Find your towed vehicle (NYPD-towed vehicles only).