# EXHIBIT B

**sanitation**
Jessica S. Tisch Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

January 15, 2025

464 # D.S.BQSB005184

Dear Sir or Madam:

Our records show that on Jan. 6, 2025, a 4dr. Infiniti, without license plates affixed was tagged for removal on 2814 Clarendon Road, Brooklyn, NY. This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on Jan. 7, 2025 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2015, and the Vehicle Identification Number was JN1BV7AR2FM410805. This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information NYC Auto Recycling, removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

**CONDITION OF VEHICLE AT TIME OF INSPECTION:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | BD | - BODY DAMAGE | ☐ | ERD | - EXTENSIVE RIGHT DAMAGE | ☐ | PSC | - PASSENGER SIDE CURTAIN AIR BAG |
| ☐ | CBO | - COMPLETE BURN OUT | ☐ | ES | - EXTERIOR STRIPPED | ☐ | PSI | - PASSENGER SIDE IMPACT AIR BAG |
| ☐ | DAD | - DRIVER'S AIRBAG DAMAGED | ☐ | ETM | - ENGINE / TRANSMISSION MISSING | ☐ | RD | - ROOF DAMAGE |
| ☐ | DAM | - DRIVER'S AIRBAG MISSING | ☐ | EXB | - EXTERIOR BURNT | ☐ | RED | - REAR END DAMAGE |
| ☐ | DD | - DETERIORATED AND/OR DILAPIDATED | ☐ | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | ☐ | RFM | - RIGHT FENDER MISSING |
| ☐ | DM1 | - DOORS MISSING 1 | ✓ | FED | - FRONT END DAMAGE | ☐ | RM | - ROOF MISSING |
| ☐ | DM2 | - DOORS MISSING 2 | ☐ | GB | - GLASS BROKEN | ☐ | RR | - RUST / ROT |
| ☐ | DM3 | - DOORS MISSING 3 | ☐ | GM | - GLASS MISSING | ☐ | RSD | - RIGHT SIDE DAMAGE |
| ☐ | DM4 | - DOORS MISSING 4 | ☐ | HD | - HOOD DAMAGED | ☐ | SHL | - SHELL |
| ✓ | DRD | - DOOR OR DOORS DAMAGED | ☐ | HM | - HOOD MISSING | ☐ | TLD | - TRUNK LID DAMAGED |
| ☐ | DSC | - DRIVER SIDE CURTAIN AIR BAG | ☐ | IBO | - INTERIOR BURNT OUT | ☐ | TLM | - TRUNK LID MISSING |
| ☐ | DSI | - DRIVER SIDE IMPACT AIR BAG | ☐ | ID | - INTERIOR DAMAGED | ☐ | TM | - TRANSMISSION MISSING |
| ☐ | EB | - ENGINE BURNT | ☐ | IS | - INTERIOR STRIPPED | ☐ | TP | - TRUNK POPPED |
| ☐ | ECB | - ENGINE COMPARTMENT BURNT | ☐ | LFM | - LEFT FENDER MISSING | ☐ | WM1 | - WHEEL MISSING 1 |
| ☐ | EFD | - EXTENSIVE FRONT DAMAGE | ✓ | LSD | - LEFT SIDE DAMAGE | ☐ | WM2 | - WHEELS MISSING 2 |
| ☐ | ELD | - EXTENSIVE LEFT DAMAGE | ☐ | NCM | - NOSE CONE MISSING | ☐ | WM3 | - WHEELS MISSING 3 |
| ☐ | EM | - ENGINE MISSING | ☐ | ND | - NO DAMAGE | ☐ | WM4 | - WHEELS MISSING 4 |
| ☐ | ENS | - ENGINE STRIPPED | ☐ | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | ☐ | XRD | - EXTENSIVE REAR DAMAGE |
| ☐ | EPM | - ENGINE COMPARTMENT PARTS MISSING | ☐ | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | | |

Sincerely,

Keith Woods, Deputy Chief

BQSB 005184

ASP: M, H 11:00AM-12:30PM

| | |
|---|---|
| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - BQSB 005184 | Police Use Only - VIN No. JN1BV7AR2FM410805 |

| Reported On: | Reporter: | Badge: | Auth By: | RoTow Tag No: |
|---|---|---|---|---|
| 2025-01-06 | Michael J Kalinowski | 4219 | 3303 | Derelict Tag No: 3278606 |

| Location of Vehicle: | Borough: | Precinct: | District: | C.D: |
|---|---|---|---|---|
| 2814 CLARENDON ROAD<br>EAST 28 STREET/EAST 29 STREET | 3 - Brooklyn | 067 | BKN17 | 09 |
| | Make: Infiniti | | Tire Condition: | |
| | Type: 4 Door Vehicle | | Color: Black | |
| | Model: G37 | Cylinders: 6 | Fuel Type: Unleaded | |

| Contractor Notified: | | 463 Prepared: | | Pick Up Date: | Towed By: | NOL Date: | OC Date: |
|---|---|---|---|---|---|---|---|
| Date: 2025-01-07 | Time: 05:49 | Date: 2025-01-06 | Time: 08:45 | 2025-01-07 | 3 | | |

Remarks :

Disposition:
RTC

## Sanitation Department

Hold No:

| Date: | Year: | Make: Infiniti | | Conditions: |
|---|---|---|---|---|
| 2025-01-06 | 2015 | Type: 4 Door Vehicle | Color: Black | DRD<br>FED<br>LSD |

Investigation Findings:

907 No: F46314Y

Intelligence Data:

| Disposition: | Date: |
|---|---|
| RTC | 2025-01-07 |

I certify that the information on this form is correct/true

DSNY Employee: LM

Vehicle Over 48 HRS?

YES (   )    NO ( ■ )

DS-464    Version # 1

1 Contractor's Copy
2 Disposition Copy
3 Yard Copy
4 Police Copy
5 NATB Copy
6 DMV Copy

```
CTST.NY0510102.MessageIDRG1S.NYSP.2025-01-12 17:09:16.750
CONFIDENTIAL: OFF
*** NYSP VEHICLE RESPONSE ***

 *********** VEHICLE DERELICT HIT IMMED CONFIRM WITH [illegible]
**THE FOLLOWING HAS BEEN REPORTED AS  AN IMPOUNDED VEHICLE
--- IT SHOULD NOT BE TREATED AS A STOLEN VEHICLE HIT ---
NO FURTHER ACTION SHOULD BE TAKEN BASED SOLELY UPON THIS IMPOUNDED [illegible]

 NEW YORK CITY SANITATION POLICE DEPARTMENT   ORI: NY0[illegible]
   PRIMARY CONTACT INFORMATION
   TEL#: 7187142761
   ORIGINATING    OCA: 3278506
  *THEFT DATE:  TIME:
  ***LOCATED***
  *VEHICLE    ***DERELICT***
 VIN: JN1BV7AR2FM410805
   VYR: 2015
  *IMPOUNDMENT
   DTE: 2025-01-07   TME:
   TAG DATE: 2025-01-06   TAG TIME: 08:45:00
   ICA: BQSB 005184   YRD:    DOC907: F46314Y
  *IMPOUND: DVOBQSB        150-35 LI
   LOCATION CONTACT INFORMATION
   TEL#: 9292202599
   ADR: FORBILL STREET
   CTY: QUEENS   STA: NY   ZIP: 10474   PCT: 067   DIS: BKN17
  *ENTERING AGENCY    ORI: NY0230101
   NYSP REC#: 4742826 ENTERED 2025-01-07T12:00:09
   NOA: N
--------------------------------------------------------------------------------
*** NYSP VEHICLE REQUEST ***
   ORI: NY0510102
  *VEHICLE
 VIN: JN1BV7AR2FM410805
--------------------------------------------------------------------------------
```