# EXHIBIT C

STATE OF NORTH CAROLINA

MVR-191 (Rev. 06/2022)

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| JN1BV7AR2FM410805 | 2015 | INFI | 4S |

| TITLE NUMBER | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
|---|---|---|
| 771087241343185 | 06/06/2024 | |

MAIL TO

LATRELL TYRESE CORY LOWE
6702 CENTERVILLE CT
WHITSETT NC 27377-9280

ODOMETER READING
086000

ODOMETER STATUS

TITLE BRANDS
SALVAGE REBUILT

OWNER(S) NAME AND ADDRESS

LATRELL TYRESE CORY LOWE
6702 CENTERVILLE CT
WHITSETT NC 27377-9280

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

Wayne Goodwin

COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER: DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE__________
TITLE__________ DATE__________

SECOND LIENHOLDER: DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE__________
TITLE__________ DATE__________

THIRD LIENHOLDER: DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE__________
TITLE__________ DATE__________

FOURTH LIENHOLDER: DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE__________
TITLE__________ DATE__________

ADDITIONAL LIENS:

03882455
904 T1MOBLK

ANY ALTERATIONS OR ERASURES VOID TITLE

MVR - 191 (Reverse)

**Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Providing a false statement or failing to properly complete this form may result in fines and/or imprisonment.

**A**

## FIRST RE-ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

Name of Buyer:

**Address of Buyer:**

"I, seller(s) certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

**ODOMETER READING (NO TENTHS)**

❑ 1. The mileage stated is in excess of its mechanical limits.

❑ 2. The odometer reading is not the actual mileage.

**WARNING - ODOMETER DISCREPANCY**

To my knowledge the vehicle described herein:

Yes ❑ No ❑ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market value.

Yes ❑ No ❑ Has been a flood vehicle.

Yes ❑ No ❑ Has been a reconstructed or a salvage vehicle.

**Date vehicle delivered to purchaser**

Seller(s) Signature

Seller(s) Hand Printed Name

Date County State

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:

seller(s)/name(s) of principal(s)

Notary Public Signature

Notary's Printed or Typed Name

My Commission expires (SEAL)

Buyer(s) Signature

Buyer(s) Hand Printed Name

**B**

## PURCHASER'S APPLICATION FOR NEW CERTIFICATE OF TITLE

The undersigned purchaser of the vehicle described on the face of this certificate, hereby makes application for a new certificate of title and certifies that said vehicle is subject to the following named liens and none other and that the information contained herein is true and accurate to my best knowledge and belief.

**CHECK Appropriate Block/s** (Application cannot be processed without certification of services)

❑ Title Only - Vehicle Not in Operation

❑ Title and License Plate
Class of License

❑ Inoperable Vehicle - Vehicle substantially disassembled and unfit or unsafe to be operated on the highway

❑ Truck Weight Desired

❑ Plate No. Transferred (List Plate Number and Expiration)

❑ Limited Registration Plate (When property taxes are deferred)

For Hire Vehicle ❑ Yes or ❑ No

**I certify that all the above information is correct.** (customer's initials)

OWNER(S)

**Owner 1 DL#** **Full Legal Name of Owner (First, Middle, Last, Suffix) or Company**

**Owner 2 DL#** **Full Legal Name of Owner (First, Middle, Last, Suffix) or Company**

**Joint applicants request this title to be issued with Joint Tenants with Rights of Survivorship? Check appropriate block:** ❑ Yes ❑ No

Residence Address City State Zip Code County

Mailing Address (If Different From Above)

Vehicle Location Address (If Different from Residence Address Above)

### FIRST LIEN

Date of Lien Acct # Lien holder ID

Lien holder Name

Address

City State Zip Code

### SECOND LIEN

Date of Lien Acct # Lien holder ID

Lien holder Name

Address

City State Zip Code

I certify for the motor vehicle described herein that I have financial responsibility as required by law.

Insurance Company Authorized in NC

Policy Number

**Odometer Reading**

Signature of Owner(s)

Date County State

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:

owner(s)/name(s) of principal(s).

Notary Public Signature

Notary's Printed or Typed Name

My Commission expires (SEAL)

NOTE: RETAIL PURCHASER MUST APPLY FOR NEW TITLE WITHIN 28 DAYS AFTER PURCHASE OR PAY STATUTORY PENALTY. ALTERATIONS OR ERASURES WILL VOID THIS TITLE.